| United States Bankruptcy Court<br>Eastern District of Michigan | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fame Industries, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**38-1993072** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**51100 Grand River Avenue**<br>**Wixom, MI**<br>ZIP Code **48393** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Oakland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Fame Industries, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  **X** _____ Signature of Attorney for Debtor(s)             (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Fame Industries, Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

**X** **/s/ Steven J. Cohen   Steve@lgcpllc.com**
Signature of Attorney for Debtor(s)

**Steven J. Cohen   Steve@lgcpllc.com P45140**
Printed Name of Attorney for Debtor(s)

**Lieberman, Gies & Cohen, PLLC**
Firm Name

**31313 Northwestern Highway**
**Suite 200**
**Farmington Hills, MI 48334**

Address

**248-539-5500  Fax: 248-539-5581**
Telephone Number

**July 10, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Joseph G. Tranchida**
Signature of Authorized Individual

**Joseph G. Tranchida**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 10, 2015**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupticy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Fame Industries, Inc.** _____ ,     Case No. _____

                                    Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 187,317.15 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 59,227.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 1,738,711.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 187,317.15 | | |
| Total Liabilities | | | | 1,797,938.43 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Fame Industries, Inc.**
_____,
                                  Debtor

Case No. _____

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

In re __Fame Industries, Inc._____,     Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re    **Fame Industries, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | - | 21.80 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account - Chase (Acct. No. 9183)** | - | 337.89 |
| | | **Checking account - Chase (Acct. No. 9209)** | - | 152.85 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    512.54
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re   **Fame Industries, Inc.**                       ,      Case No.                      

**Debtor**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Loan from Starace LLC - $348,531. Debt in excess of five years. Debtor believes this account to be uncollectible.** | - | **0.00** |
| | | **Accounts receivable** | - | **59,109.50** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **59,109.50** |
| (Total of this page) | |

Sheet   __1__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

In re  **Fame Industries, Inc.**                         ,        Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Ford F150 - vehicle has in excess of 166,000 miles.** | - | 3,250.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Lease of Toshiba CIX 100 Phone System with voicemail and 10 Phones** | - | 0.00 |
| | | **Lease of Toshiba E-Studio 2830c (copier) with radf, fax and cabinet stand** | - | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **2001 Yale Forklift** | - | 4,500.00 |
| | | **Misc. machinery, fixtures, equipment and supplies. Value is based upon appraisal as of July 1, 2015, prepared by R.J. Montgomery & Associates** | - | 104,200.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total &gt;        **111,950.00**<br>(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re    **Fame Industries, Inc.**                       ,       Case No. _____

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Funds garnished from Chase Bank (Acct. Nos. 9183 and 9209) within 90 days of petition date - garnished by Tri-Way Control Systems Inc.** | - | 15,745.11 |

|  |  |
|---|---|
| Sub-Total > | 15,745.11 |
| (Total of this page) | |
| Total > | 187,317.15 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

In re   **Fame Industries, Inc.**                                      ,      Case No. _____

                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx2649** <br><br> **Creditor #: 1** <br> **Great America Leasing Corporation** <br> **625 First Street SE** <br> **Cedar Rapids, IA 52401** | | - | 1213/10 <br><br> **Lease** <br><br> **Lease of Toshiba CIX 100 Phone System with voicemail and 10 Phones** <br><br> Value $           0.00 | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Creditor #: 2** <br> **Hitachi Capital America Corp.** <br> **800 W. University** <br> **Rochester, MI 48307** | | | 10/16/09 <br><br> **Security Interest** <br><br> **All Assets of Debtor** <br><br> Value $    187,317.15 | | | | 0.00 | 0.00 |
| Account No. **3072** <br><br> **Creditor #: 3** <br> **Internal Revenue Sevice** <br> **SBSE/Insolvency Unit** <br> **P.O. Box 330500-Stop 15** <br> **Detroit, MI 48232** | | | 2014 <br><br> **Federal tax lien** <br><br> **All asset lien** <br><br> Value $    187,317.15 | | | | 38,589.00 | 0.00 |
| Account No. <br><br> **US Dept. of Justice** <br> **Attn: Kevin Erskine, Esq.** <br> **211 W. Fort St., Ste. 2001** <br> **Detroit, MI 48226-3220** | | | **Representing:** <br> **Internal Revenue Sevice** <br><br><br> Value $ | | | | **Notice Only** | |

    **1**    continuation sheets attached

                                    Subtotal          **38,589.00**         **0.00**

(Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

In re  **Fame Industries, Inc.**                                      ,        Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 9/16/12 | | | | | |
| Creditor #: 4 Joseph Tranchida 3515 Morrow Lane Milford, MI 48381 | | | Security Interest All asset lien | | | | | |
| | | | Value $                187,317.15 | | | | Unknown | Unknown |
| Account No. xxxxxx7 000 | | | 9/14 - 3/15 | | | | | |
| Creditor #: 5 State of Michigan Dept. of Energy Labor & Economic Growth Unemployment Insurance Agency Tax Office 3024 W Grand Blvd., 12th Floor Detroit, MI 48202 | | | Tax lien All Asset | | | | | |
| | | | Value $                187,317.15 | | | | 20,638.00 | 0.00 |
| Account No. | | | | | | | | |
| Dept. of Attorney Genreal Attn:  Debbie Taylor, Esq. 3030 W. Grand Blvd., Floor 10 Detroit, MI 48202-6030 | | | Representing: State of Michigan | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | Lease | | | | | |
| Creditor #: 6 Toshiba Financial Services P.O. Box 642111 Pittsburgh, PA 15264-2111 | | | Lease of Toshiba E-Studio 2830c (copier) with radf, fax and cabinet stand | | | | | |
| | | | Value $                0.00 | | | | Unknown | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 20,638.00 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 59,227.00 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

In re   **Fame Industries, Inc.**                                        ,   Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

0  continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

In re **Fame Industries, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J | W C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx xxxxx - x9828**<br><br>**Creditor #: 1**<br>**Advance Staffing Corporation**<br>**35245 Schoolcraft**<br>**Livonia, MI 48150** | X | - | | **Jan - Oct 2014**<br>**Business debt** | | | X | 21,114.00 |
| Account No.<br><br>**Muller, Muller, Richmond, Harms & Myers**<br>**33233 Woodward**<br>**Box 3026**<br>**Birmingham, MI 48012-3026** | | | | **Representing:**<br>**Advance Staffing Corporation** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 2**<br>**Airgas Great Lake**<br>**PO. Box 378**<br>**Bay City, MI 48707-0378** | | - | | **Oct - Nov 2014**<br>**Business debt** | | | | 648.00 |
| Account No. **FAMEINDUST**<br><br>**Creditor #: 3**<br>**AIT Freight**<br>**30255 Beverly Road, Suite 100**<br>**Romulus, MI 48174** | | - | | **Oct 2014**<br>**Business debt** | | | | 5,640.00 |

__19__ continuation sheets attached

Subtotal
(Total of this page) **27,402.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
S/N:38371-150706   Best Case Bankruptcy

In re **Fame Industries, Inc.** ,                Case No. _____
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 6/15 and prior | | | | |
| Creditor #: 4<br>American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 | - | | | Business debt | | | | |
| | | | | | | | | 1,824.43 |
| Account No. | | | | 6/15 and prior | | | | |
| Creditor #: 5<br>American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 | - | | | Business debt | | | | |
| | | | | | | | | 9,366.13 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 6<br>AMN Trust<br>c/o Harold Oseff<br>Law Offices of Seyburn Kahn, P.C.<br>2000 Town Center, Ste. 1500<br>Southfield, MI 48075-1148 | - | | | | | | | |
| | | | | | | | | 400,000.00 |
| Account No. **FAME** | | | | Business debt | | | | |
| Creditor #: 7<br>Ann Arbor Welding Supply<br>4811 Carpenter Rd.<br>Ypsilanti, MI 48197 | - | | | | | | | |
| | | | | | | | | 3,870.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 8<br>B & M Corp.<br>P.O. Box 211<br>Vernon, MI 48476 | - | | | | | | | |
| | | | | | | | | 11,675.00 |

Sheet no. __1__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

426,735.56

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re   **Fame Industries, Inc.**                             ,      Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxx1069** | | | | | **Business debt** | | | | |
| **Creditor #: 9**<br>**BDI**<br>**P.O. Box 74069**<br>**Cleveland, OH 44194** | - | | | | | | | | **48,059.01** |
| Account No. **184023** | | | | | | | | | |
| **Three Star Adjustment Company**<br>**P.O. Box 16488**<br>**Rocky River, OH 44116-0488** | | | | | **Representing:**<br>**BDI** | | | | **Notice Only** |
| Account No. **xxxxx6155** | | | | | **Business debt** | | | | |
| **Creditor #: 10**<br>**Brave Control Solutions**<br>**4520-500 Rhodes Drive**<br>**Windsor, ONT  N8T 5C2   Canada** | - | | | | | | | | **205,250.00** |
| Account No. **xx8198** | | | | | **Business debt.** | | | | |
| **Creditor #: 11**<br>**Caster Connection**<br>**2380 International Street**<br>**Columbus, OH 43228-4621** | - | | | | | | | | **817.00** |
| Account No. | | | | | **3/15**<br>**Business debt** | | | | |
| **Creditor #: 12**<br>**CCI**<br>**24772 Crestview Ct.**<br>**Farmington Hills, MI 48335** | - | | | | | | | | **1,280.00** |

Sheet no. __**2**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal<br>                            (Total of this page)     **255,406.01**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

In re  **Fame Industries, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8001** <br><br> **Creditor #: 13** <br> **CES** <br> **45283 Grand River Ave.** <br> **Novi, MI 48375** | - | | **Business debt -** | | | | **666.00** |
| Account No. <br><br> **Creditor #: 14** <br> **Chase Cardmember Service** <br> **P.O. Box 94014** <br> **Palatine, IL 60094-4014** | - | | **6/15 and prior** <br> **Business debt** | | | | **22,677.51** |
| Account No. <br><br> **Creditor #: 15** <br> **Coffee Break** <br> **2256 Dixie Highway** <br> **Waterford, MI 48328** | - | | **5/15 and prior** <br> **Business debt** | | | | **497.54** |
| Account No. **xxxx9-000** <br><br> **Creditor #: 16** <br> **Contractors Steel Co.** <br> **P.O. Box 3364** <br> **Livonia, MI 48151** | - | | **Business debt** | | | | **10,759.58** |
| Account No. **94147** <br><br> **Ronald B. Rich & Associates, PLC** <br> **30665 Northwestern Hwy., Ste. 280** <br> **Farmington Hills, MI 48334** | | | **Representing:** <br> **Contractors Steel Co.** | | | | **Notice Only** |

| | |
|---|---|
| Sheet no. __**3**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) **34,600.63** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **Fame Industries, Inc.**                                                      ,      Case No. _____
                                                  **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Creditor #: 17** **Cynthia Tranchida** **3515 Morrow Lane** **Milford, MI 48381** | - | | | | | | |
| | | | | | | | **149,122.00** |
| Account No. | | | Business debt | | | | |
| **Creditor #: 18** **Danlyn Controls** **51410 Milano, Ste. 114** **Macomb, MI 48042** | - | | | | | | |
| | | | | | | | **51,400.00** |
| Account No. **4839** | | | Business debt | | | | |
| **Creditor #: 19** **DP Technologies** **P.O. Box 5618** **Saginaw, MI 48603** | - | | | | | | |
| | | | | | | | **11,662.00** |
| Account No. **xxI002** | | | Business debt | | | | |
| **Creditor #: 20** **E & R Industrial Sales, Inc.** **16294 Collection Center** **Chicago, IL 60693** | - | | | | | | |
| | | | | | | | **4,207.00** |
| Account No. | | | Business debt | | | | |
| **Creditor #: 21** **Eastman Fire Protection** **1250 Souter** **Troy, MI 48083-2871** | - | | | | | | |
| | | | | | | | **2,340.26** |

Sheet no. __4__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**218,731.26**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

In re __Fame Industries, Inc._____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 4/15 | | | | |
| Creditor #: 22 Engineered Solutions 49357 Pontiac Trail, Ste. 204 Wixom, MI 48393 | - | | | Business debt | | | | 600.00 |
| Account No. 4242 | | | | | | | | |
| Creditor #: 23 Essentra 62919 Collection Center Drive Chicago, IL 60693-0629 | - | | | Business debt | | | | 332.00 |
| Account No. xxxx-x360-3 | | | | | | | | |
| Creditor #: 24 FedEx P.O. Box 371461 Pittsburgh, PA 15250-7461 | - | | | Business debt | | | | 5,737.00 |
| Account No. xx4816 | | | | | | | | |
| Creditor #: 25 Flodraulic Group, Inc. 4583 Solutions Center Chicago, IL 60677-4005 | - | | | Business debt | | | | 2,963.00 |
| Account No. | | | | | | | | |
| Creditor #: 26 Flotronics 10435 Ortonville Rd. Clarkston, MI 48346-1947 | - | | | Business debt | | | | 219.00 |

Sheet no. __5___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 9,851.00 |
|---|

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Fame Industries, Inc.** ,  Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Creditor #: 27<br>Geisler<br>30295 Schoolcraft<br>Livonia, MI 48150 | - | | 5/15<br>Business debt | | | | 149.57 |
| Account No.<br><br>Creditor #: 28<br>Gexpro<br>P.O. Box 100275<br>Atlanta, GA 30384 | - | | Business debt | | | | 3,640.13 |
| Account No.<br><br>Creditor #: 29<br>Grainger<br>23880 Haggerty Road<br>Farmington Hills, MI 48335 | - | | 3/15 and prior<br>Business debt | | | | 4,680.42 |
| Account No.<br><br>Creditor #: 30<br>GS Inspection Consultants, Inc.<br>2080 NOrth Talbot Road, Unit B<br>Windsor, Ontario  N9A 6J3 | - | | Business debt | | | | 1,456.30 |
| Account No.  x0575<br><br>Creditor #: 31<br>H.H. Barnum Company<br>7915 Lochlin Drive<br>Brighton, MI 48116 | - | | Business debt | | | | 5,050.90 |

Sheet no. __6__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,977.32

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re  **Fame Industries, Inc.**
_____,     Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Business debt | | | | |
| Creditor #: 32 Holt Design Services LLC 41609 Greenwood Drive Canton, MI 48187 | | | | | | | | 2,300.00 |
| Account No. | | - | | Business debt | | | | |
| Creditor #: 33 IFM Efector, Inc. 782 Springdale Dr. Exton, PA 19341 | | | | | | | | 541.00 |
| Account No. **6743** | | - | | Business debt | | | | |
| Creditor #: 34 Isotech Inc. 777 Schwab Rd., Ste. T Hatfield, PA 19440 | | | | | | | | 4,128.47 |
| Account No. | | - | | Business debt | | | | |
| Creditor #: 35 J F Industrial Services, LLC 14228 Frazho Rd. Warren, MI 48089 | | | | | | | | 2,170.00 |
| Account No. | | - | | Business debt | | | | |
| Creditor #: 36 Kellerin Equipment Sales P.O. Box 530487 Livonia, MI 48153 | | | | | | | | 10,274.74 |

Sheet no. __7__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,414.21

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **Fame Industries, Inc.** _____ ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xx4395** | | | | | Business debt | | | | |
| Creditor #: 37 Kundinger Controls 1771 Harmon Rd. Auburn Hills, MI 48326 | | - | | | | | | | 988.26 |
| Account No. | | | | | Business debt | | | | |
| Creditor #: 38 Landstar Supply Chain Solutions 300 Galleria Officentre, Ste. 301 Southfield, MI 48034 | | - | | | | | | | 13,932.00 |
| Account No. | | | | | Business debt | | | | |
| Creditor #: 39 LBF Group, PLLC 6960 Orchard Lake Road, #120 West Bloomfield, MI 48322 | | - | | | | | | | 8,178.36 |
| Account No. **xx7580** | | | | | Business debt | | | | |
| Creditor #: 40 Madison Electric Co. 31855 Van Dyke Warren, MI 48093 | | - | | | | | | | 18,888.97 |
| Account No. 125359 | | | | | | | | | |
| Hutchinson, Warren & Associates 122 South Rawles Street, Ste. 200 Romeo, MI 48065-5606 | | | | | Representing: Madison Electric Co. | | | | Notice Only |

Sheet no. __8__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **41,987.59**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **Fame Industries, Inc.**                                        ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Creditor #: 41** <br> **Masterline Design** <br> **41580 Production Drive** <br> **Harrison Township, MI 48045** | - | | **Business debt** | | | | 349.00 |
| Account No. **xxxxx8901** <br><br> **Creditor #: 42** <br> **McMaster-Carr** <br> **P.O. Box 7690** <br> **Chicago, IL 60680-7690** | - | | **Business debt** | | | | 1,682.39 |
| Account No. **x4832** <br><br> **Creditor #: 43** <br> **McNaughton-McKay** <br> **Dept. 14801** <br> **P.O. Box 87000** <br> **Detroit, MI 48267-0148** | - | | **Business debt** | | | | 5,855.29 |
| Account No. <br><br> **Creditor #: 44** <br> **MCS Engravers** <br> **6625 Auburn Road** <br> **Utica, MI 48317** | - | | **Business debt** | | | | 1,234.00 |
| Account No. <br><br> **Creditor #: 45** <br> **Micco** <br> **25831 Commerce Drive** <br> **Madison Heights, MI 48071** | - | | **3/15** <br> **Business debt** | | | | 2,081.84 |

Sheet no. __9__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  11,202.52

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

In re   **Fame Industries, Inc.**                                   ,       Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 46**<br>**Morrell, Inc.**<br>**3333 Bald Mountain Rd.**<br>**Auburn Hills, MI 48326** | - | | **Business debt** | | | | 8,020.91 |
| Account No.<br><br>**Altus Global Trade Solutions**<br>**Attn: Storm McIntyre**<br>**2400 Veterans Memorial Blvd., Ste. 300**<br>**Kenner, LA 70062** | | | Representing:<br>Morrell, Inc. | | | | **Notice Only** |
| Account No. **xxxx65-01**<br><br>**Creditor #: 47**<br>**Motion Industries**<br>**P.O. Box 504606**<br>**Saint Louis, MO 63150** | - | | **Business debt** | | | | 4,855.52 |
| Account No. **x0945**<br><br>**Creditor #: 48**<br>**Motor City Fasteners**<br>**P.O. Box 219**<br>**1600 E. Ten Mile Rd.**<br>**Hazel Park, MI 48030-0219** | - | | **Business debt** | | | | 4,232.57 |
| Account No.<br><br>**Creditor #: 49**<br>**MS Supply**<br>**47912 West Road**<br>**Wixom, MI 48393** | - | | 6/15<br>**Business debt** | | | | 673.94 |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal          | **17,782.94**
(Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

In re **Fame Industries, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx0050** | | | | | Business debt | | | | |
| **Creditor #: 50** **Mt. Clemens Crane** **42827 Irwin Drive** **Harrison Township, MI 48045** | | - | | | | | | | |
| | | | | | | | | | 7,954.00 |
| Account No. | | | | | Business debt. | | | | |
| **Creditor #: 51** **Napad Gudel, Inc.** **4881 Runway Blvd.** **Ann Arbor, MI 48108** | | - | | | | | | | |
| | | | | | | | | | 95,284.00 |
| Account No. | | | | | Business debt | | | | |
| **Creditor #: 52** **Novi Laser, Inc.** **48129 West Road** **Wixom, MI 48393** | | - | | | | | | | |
| | | | | | | | | | 859.00 |
| Account No. | | | | | 5/15 Business debt | | | | |
| **Creditor #: 53** **O & S Tool** **50400 Dennis Ct., Ste. B** **Wixom, MI 48393** | | - | | | | | | | |
| | | | | | | | | | 1,632.00 |
| Account No. | | | | | Business debt | | | | |
| **Creditor #: 54** **Omni Metalcraft Corp.** **4040 US 23** **Alpena, MI 49707** | | - | | | | | | | |
| | | | | | | | | | 22,148.10 |

Sheet no. __11__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

127,877.10

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **Fame Industries, Inc.** _____,  Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Creditor #: 55** <br> **Pahoa Express** <br> **38151 Groesbeck Hwy.** <br> **Clinton Township, MI 48036** | - | | **Business debt** | | | | **3,350.00** |
| Account No. **125489** <br><br> **Hutchinson, Warren & Associates** <br> **122 South Rawles Street, Ste. 200** <br> **Romeo, MI 48065-5606** | | | **Representing:** <br> **Pahoa Express** | | | | **Notice Only** |
| Account No. <br><br> **Creditor #: 56** <br> **Patti Engineering** <br> **2110 East Walton Blvd., Suite A** <br> **Auburn Hills, MI 48326** | - | | **Business debt** | | | | **5,378.00** |
| Account No. <br><br> **Creditor #: 57** <br> **PIAB USA, Inc.** <br> **65 Sharp Street** <br> **Hingham, MA 02043** | - | | **3/15** <br> **Business debt** | | | | **2,715.44** |
| Account No. **xxxxxxx0000** <br><br> **Creditor #: 58** <br> **PPG Architectural Finishes** <br> **P.O. Box 536864** <br> **Atlanta, GA 30353-6864** | - | | **Business debt** | | | | **6,348.63** |

Sheet no. __12__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **17,792.07**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

In re __Fame Industries, Inc._____,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6639** | | | Business debt | | | | |
| Creditor #: 59 Ritter Technology, LLC 3044 Research Drive Rochester, MI 48309 | - | | | | | | 14,858.26 |
| Account No. | | | Business debt | | | | |
| Creditor #: 60 Rizzo Creative  Services 2774 1Osmun St. Madison Heights, MI 48071 | - | | | | | | 2,490.00 |
| Account No. | | | 5/15 Business debt | | | | |
| Creditor #: 61 ROC Engineering, Inc. P.O. Box 930746 Wixom, MI 48393 | - | | | | | | 2,400.00 |
| Account No. **xxxxx4072** | | | Business debt | | | | |
| Creditor #: 62 Sabic 190 Ajax Dr. Madison Heights, MI 48071 | - | | | | | | 824.88 |
| Account No. **x0298** | | | Business debt | | | | |
| Creditor #: 63 Schuler, Inc. 7145 Commerce Blvd. Canton, MI 48187 | - | | | | | | 30,800.00 |

Sheet no. __13__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,373.14

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re **Fame Industries, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business debt | | | | |
| Creditor #: 64 Seyburn Kahn, PC 2000 Town Center, Ste. 1500 Southfield, MI 48075 | - | | | | | | | | 2,344.25 |
| Account No. | | | | | Business debt | | | | |
| Creditor #: 65 Speedy Metals 2505 S 162nd St. New Berlin, WI 53151 | - | | | | | | | | 918.14 |
| Account No. | | | | | Business debt | | | | |
| Creditor #: 66 Spiritech 14510 E 11 Mile Rd. Warren, MI 48089 | - | | | | | | | | 24,663.70 |
| Account No. | | | | | Business debt | | | | |
| Creditor #: 67 St. Claire, Inc. 37440 Hills Tech Drive Farmington, MI 48331 | - | | | | | | | | 758.00 |
| Account No. | | | | | Business debt. | | | | |
| Creditor #: 68 Stegner Controls 3333 Bald Mountain Rd. Auburn Hills, MI 48326 | - | | | | | | | | 59,425.36 |

Sheet no. __14__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **88,109.45**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re  **Fame Industries, Inc.**                                          ,     Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **1645470**<br><br>**Altus Global Trade Solutions**<br>**Attn: Storm McIntyre**<br>**2400 Veterans Memorial Blvd., Ste. 300**<br>**Kenner, LA 70062** | | | | **Representing:**<br>**Stegner Controls** | | | | **Notice Only** |
| Account No. **xx-x9122**<br><br>**Creditor #: 69**<br>**Sterling Commercial Credit**<br>**c/o Allen Electric Supply Co**<br>**10559 Citation Drive, Suite 204**<br>**Brighton, MI 48116** | | - | | **Sept - Nov 2014**<br>**Business debt** | | | | **3,932.00** |
| Account No. **xx3861**<br><br>**Creditor #: 70**<br>**Suburban Bolt**<br>**27670 Groesbeck Hwy.**<br>**Roseville, MI 48066** | | - | | **Business debt** | | | | **1,690.68** |
| Account No.<br><br>**Creditor #: 71**<br>**TATA Technologies**<br>**Attn: Tracy Stortz**<br>**41050 W. Eleven Mile Rd.**<br>**Novi, MI 48375** | | - | | **Business debt** | | | | **4,057.00** |
| Account No.<br><br>**Creditor #: 72**<br>**Taz Networks**<br>**4763 S. Old US Highway 23**<br>**Ste. A**<br>**Brighton, MI 48114-8685** | | - | | **7/15 and prior**<br>**Business debt** | | | | **3,878.47** |

Sheet no. __15__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,558.15**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

In re   **Fame Industries, Inc.**                                      ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Creditor #: 73**<br>**The Barton Group**<br>**Barton Foster**<br>**8854 Roslyn**<br>**Livonia, MI 48150** | - | | | **Business debt** | | | | **6,300.00** |
| Account No.<br><br>**Creditor #: 74**<br>**Tri-Way Control Systems, Inc,**<br>**6935 Chase**<br>**Dearborn, MI 48126** | - | | | **Business debt** | | | | **27,999.41** |
| Account No.<br><br>**Alexsy Lang PC**<br>**Attn: Steven Alexsy, Esq.**<br>**535 Griswold Street, Ste. 1550**<br>**Detroit, MI 48226** | | | | **Representing:**<br>**Tri-Way Control Systems, Inc,** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 75**<br>**U.S. Servico, Inc.**<br>**P.O. Box 930071**<br>**Wixom, MI 48393** | - | | | **3/15 and prior**<br>**Business debt** | | | | **617.00** |
| Account No.<br><br>**Creditor #: 76**<br>**Uline**<br>**P.O. Box 88741**<br>**Chicago, IL 60680** | - | | | **5/15 and prior**<br>**Business debt** | | | | **265.13** |

Sheet no. __16__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35,181.54**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re  **Fame Industries, Inc.** _____,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **F119** | | | | | Business debt | | | | |
| Creditor #: 77 **Unistrut** 1275 Hillsmith Drive Cincinnati, OH 45215 | | - | | | | | | | |
| | | | | | | | | | 2,370.00 |
| Account No. **xx3423** | | | | | Business debt | | | | |
| Creditor #: 78 **USF Holland** 27052 Network Place Chicago, IL 60673-1270 | | - | | | | | | | |
| | | | | | | | | | 3,007.27 |
| Account No. | | | | | Business debt | | | | |
| Creditor #: 79 **WC Ducomb Co.** 5700 Mt Elliott Detroit, MI 48211 | | - | | | | | | | |
| | | | | | | | | | 29,668.17 |
| Account No. | | | | | Business debt | | | | |
| Creditor #: 80 **Wellington Alloys, LLC** PO Box 250298 Franklin, MI 48025 | | - | | | | | | | |
| | | | | | | | | | 2,891.00 |
| Account No. | | | | | Business debt | | | | |
| Creditor #: 81 **Wesley Nick** 35219 Bobcean Street Clinton Township, MI 48035 | | - | | | | | | | |
| | | | | | | | | | 261,301.00 |

Sheet no. __17__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          299,237.44

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re **Fame Industries, Inc.**                                              ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 6/15 and prior Business debt | | | | |
| Creditor #: 82 Westside Flame Hardening 38200 Executive Dr., North Westland, MI 48185 | - | | | | | | | | 211.00 |
| Account No. | | | | | Business debt | | | | |
| Creditor #: 83 Westside Manufacturing & Fabrication Inc 28776 Wall Street Wixom, MI 48393-3516 | - | | | | | | | | 925.00 |
| Account No. | | | | | Lease Agreement | | | | |
| Creditor #: 84 Wyka Properties, L.L.C. Attn: Jesse Wyka, Manager 23208 Mystic Forest Drive Novi, MI 48375 | - | | | | | | | | 20,000.00 |
| Account No. | | | | | Business debt | | | | |
| Creditor #: 85 XPO NLM 300 Galleria Officentre, Suite 301 Southfield, MI 48034 | - | | | | | | | | 3,500.00 |
| Account No. | | | | | 3/15 and prior Business debt | | | | |
| Creditor #: 86 Your Way Property Services 2955 Childs Lake Road Milford, MI 48381 | - | | | | | | | | 2,855.50 |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     27,491.50

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re __Fame Industries, Inc._____,     Case No. _____

                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **R25575**<br><br>**Zellen & Zellen, PLLC**<br>**Attn: James B. Zellen, Esq.**<br>**1637 W. Big Beaver, Ste. F**<br>**Troy, MI 48084** | | | **Representing:**<br>**Your Way Property Services** | | | | **Notice Only** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __19__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal              **0.00**
(Total of this page)

Total         **1,738,711.43**
(Report on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re   **Fame Industries, Inc.**                       ,      Case No. _____
                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Wyka Properties, L.L.C.**<br>**Attn: Jesse Wyka, Manager**<br>**23208 Mystic Forest Drive**<br>**Novi, MI 48375** | **Lease of commercial property located at 51100**<br>**Grand River, Wixom, MI 48393**<br>**Amendment of Lease Agreement dated 4/22/13**<br>**Monthly rental payment: $10,000.**<br>**Debtor's interest: Tenant** |

**0**

       continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Fame Industries, Inc.**              ,     Case No. _____

                               Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joseph Tranchida**<br>**3515 Morrow Lane**<br>**Milford, MI 48381** | **Advance Staffing Corporation**<br>**35245 Schoolcraft**<br>**Livonia, MI 48150** |

0
‾‾‾‾ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **Fame Industries, Inc.**     Case No. _____

Debtor(s)     Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____

      Debtor

Date _____     Signature: _____

      (Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

Address

X _____

Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the   **President**   [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the   **corporation**   [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **32**   sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 10, 2015**  _____     Signature:   **/s/ Joseph G. Tranchida**

      **Joseph G. Tranchida**

      [Print or type name of individual signing on behalf of debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

# United States Bankruptcy Court
### Eastern District of Michigan

In re **Fame Industries, Inc.**        Case No. _____

Debtor(s)        Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$423,816.00** | **2015 - Total income** |
| **$1,179,356.00** | **2014 - Total income** |
| **$1,175,737.00** | **2013 - Total income** |
| **$855,640.00** | **2012 - Total income** |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT            SOURCE

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Wyka Properties, L.L.C.**<br>**Attn: Jesse Wyka, Manager**<br>**23208 Mystic Forest Drive**<br>**Novi, MI 48375** | **5/28/15 ($10,000); 6/1/15**<br>**($10,000)** | **$20,000.00** | **$20,000.00** |
| **WC Ducomb Co.**<br>**5700 Mt Elliott**<br>**Detroit, MI 48211** | **4/8/15 ($15,641.74)** | **$15,641.74** | **$29,668.17** |
| **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | **5/28/15 ($10,414.36)** | **$10,414.36** | **$9,366.13** |
| **Internal Revenue Sevice**<br>**SBSE/Insolvency Unit**<br>**P.O. Box 330500-Stop 15**<br>**Detroit, MI 48232** | **4/10/15 ($5,466.50); 6/3/15**<br>**($19,714.48)** | **$5,466.50** | **$38,589.00** |

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Joseph Tranchida**<br><br>    **President** | **3/5/15 ($2,254.30); 3/19/15**<br>**($2,254.29); 4/1/15 ($3,500);**<br>**4/2/15 ($2,254.31); 4/15/15**<br>**($6,000); 4/30/15 ($1,524.70,**<br>**$1,000, $2,254.30); 5/1/15**<br>**($1,200 and $300); 5/12/15**<br>**($13,000); 5/14/15**<br>**($2,254.29); 5/18/15**<br>**($4,500); 5/28/15 ($910.69**<br>**and $2,254.29); 6/11/15**<br>**($2,254.30); 6/25/15**<br>**($2,254.30).** | **$9,500.00** | **$224,547.82** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Advance Staffing Corporation vs. Fame Industries, Inc., and Joseph Tranchida 15-145953-CB** | **Breach of Contract** | **Oakland County Circuit Court 1200 N. Telegraph Rd. Pontiac, MI** | **Dismissed** |
| **Tri-Way Control Systems, Inc. vs. Fame Industries, Inc. Case No. 15-145232-CH** | **Breach of Contract** | **Oakland County Circuit Court 1200 N. Telegraph Rd. Pontiac, MI  48341** | **Default Judgment - 3/12/15** |
| **Contractors Steel Company vs. Fame Industries, Inc. Case No.:  14-142861-CK** | **Brach of Contract** | **Oakland County Circuit Court 1200 N. Telegraph Rd. Pontiac, MI  48341** | **Pending Motion to Reinstate and to Enter Judgment** |

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Tri-Way Control Systems, Inc, 6935 Chase Dearborn, MI 48126** | **4/13/15** | **Garnishment of Debtor's business checking accounts (Chase Acct. Nos. 9183 ($15,667.02) and 9209 ($78.09) - $15,745.11** |

### 5. Repossessions, foreclosures and returns

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lieberman, Gies & Cohen, PLLC**<br>**31313 Northwestern Highway**<br>**Suite 200**<br>**Farmington Hills, MI 48334** | **12/1/14 ($5,000); 3/10/15 ($3,000); 6/5/15 ($14,317) - The payment made on 6/5/15 was from Joseph Tranchida** | **$5,000; $3,000; $14,317. The initial $8,000 was paid by Fame Industries with the intention of out of court workouts. An additional $14,317 was paid by Joe Trachida. Of the $14,317 received, $2,600 was used to pay current outstanding balance owed as of June 11, 2015. $10,000 is being held in escrow pending approval of fees in the Chapter 11 case. $1,717 of the funds received is for the filing fee.** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

**None**
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

**None**
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

**None**
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

**None**
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Joseph Tranchida**<br>**3515 Morrow Lane**<br>**Milford, MI 48381** | **Race car with parts, tool chest with tools, 53 foot trailer with personal belongings, 28 foot trailer, misc. personal belongings (desk, cabinets, tables), car hoists, tires, wheels, work benches, welder, misc. floor jacks, rollaround carts, Mopar engine block and heads, misc. lead blocks and sheet metal - value unknown** | **Corner of shop area located at 51100 Grand River, Wixom, MI 48393, except for trailers which are both located on premises.** |

### 15. Prior address of debtor

**None**
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                          DATES SERVICES RENDERED
**LBF Group, PLLC**                                                       **2011 - 2014**
**6960 Orchard Lake Road, #120**
**West Bloomfield, MI 48322**

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                INVENTORY SUPERVISOR                DOLLAR AMOUNT OF INVENTORY
                                                                    (Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                                    NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                     RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Joseph Tranchida**<br>**3515 Morrow Lane**<br>**Milford, MI 48381** | **President** | **100% shareholder** |

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **July 10, 2015**　　　　　　　Signature　**/s/ Joseph G. Tranchida**
　　　　　　　　　　　　　　　　　　　　**Joseph G. Tranchida**
　　　　　　　　　　　　　　　　　　　　**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

　　　I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____　　　_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer　　　Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

Address
X _____　　　_____
Signature of Bankruptcy Petition Preparer　　　　　　　　　Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Fame Industries, Inc.**                Case No. _____

                          Debtor(s)                Chapter    **11**

## STATEMENT OF ATTORNEY FOR DEBTOR(S)
## PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

     [   ]    **FLAT FEE**

         A.      For legal services rendered in contemplation of and in connection with this case,
exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

         B.      Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ..    _____

         C.      The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ·    _____

     [ **X** ]    **RETAINER**

         A.      Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **10,000.00**

         B.      The undersigned shall bill against the retainer at an hourly rate of $   **290.00**   . [Or attach firm hourly rate schedule.]
Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $   **1,717.00**    of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

         A.      Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

         B.      Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

         C.      Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

         D.      ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

         E.      Reaffirmations;

         F.      Redemptions;

         G.      Other:
             **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
             **Representation of the Debtor(s) in any dischargeability actions, judicial lien avoidances, relief from stay actions, or any other adversary proceeding or contested matter.**

6. The source of payments to the undersigned was from:

         A.     _____        Debtor(s)' earnings, wages, compensation for services performed

         B.     **XX**        Other (describe, including the identity of payor)    **Joe Tranchida**

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:    **July 10, 2015**                                **/s/ Steven J. Cohen   Steve@lgcpllc.com**

                                                         Attorney for the Debtor(s)
                                                         **Steven J. Cohen   Steve@lgcpllc.com P45140**
                                                         **Lieberman, Gies & Cohen, PLLC**
                                                         **31313 Northwestern Highway**
                                                         **Suite 200**
                                                         **Farmington Hills, MI 48334**
                                                          **248-539-5500**

Agreed:    **/s/ Joseph G. Tranchida**
                **Joseph G. Tranchida**
                Debtor                                                       Debtor

# United States Bankruptcy Court

## Eastern District of Michigan

In re     **Fame Industries, Inc.** _____,  Case No. _____

                                    Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joseph Tranchida**<br>**3515 Morrow Lane**<br>**Milford, MI 48381** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ____ **July 10, 2015** _____        Signature _ **/s/ Joseph G. Tranchida** _____

                                                                **Joseph G. Tranchida**
                                                                **President**

     *Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                          18 U.S.C §§ 152 and 3571.

---

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **Fame Industries, Inc.**              Case No. _____

                                       Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 10, 2015**                  **/s/ Joseph G. Tranchida**

                                            **Joseph G. Tranchida**/**President**
                                            Signer/Title

Advance Staffing Corporation
35245 Schoolcraft
Livonia, MI 48150


Airgas Great Lake
PO. Box 378
Bay City, MI 48707-0378


AIT Freight
30255 Beverly Road, Suite 100
Romulus, MI 48174


Alexsy Lang PC
Attn: Steven Alexsy, Esq.
535 Griswold Street, Ste. 1550
Detroit, MI 48226


Altus Global Trade Solutions
Attn: Storm McIntyre
2400 Veterans Memorial Blvd., Ste. 300
Kenner, LA 70062


American Express
Box 0001
Los Angeles, CA 90096-8000


AMN Trust
c/o Harold Oseff
Law Offices of Seyburn Kahn, P.C.
2000 Town Center, Ste. 1500
Southfield, MI 48075-1148


Ann Arbor Welding Supply
4811 Carpenter Rd.
Ypsilanti, MI 48197


B & M Corp.
P.O. Box 211
Vernon, MI 48476


BDI
P.O. Box 74069
Cleveland, OH 44194

Brave Control Solutions
4520-500 Rhodes Drive
Windsor, ONT N8T 5C2  Canada


Caster Connection
2380 International Street
Columbus, OH 43228-4621


CCI
24772 Crestview Ct.
Farmington Hills, MI 48335


CES
45283 Grand River Ave.
Novi, MI 48375


Chase Cardmember Service
P.O. Box 94014
Palatne, IL 60094-4014


Coffee Break
2256 Dixie Highway
Waterford, MI 48328


Contractors Steel Co.
P.O. Box 3364
Livonia, MI 48151


Cynthia Tranchida
3515 Morrow Lane
Milford, MI 48381


Danlyn Controls
51410 Milano, Ste. 114
Macomb, MI 48042


Dept. of Attorney Genreal
Attn: Debbie Taylor, Esq.
3030 W. Grand Blvd., Floor 10
Detroit, MI 48202-6030


DP Technologies
P.O. Box 5618
Saginaw, MI 48603

E & R Industrial Sales, Inc.
16294 Collection Center
Chicago, IL 60693


Eastman Fire Protection
1250 Souter
Troy, MI 48083-2871


Engineered Solutions
49357 Pontiac Trail, Ste. 204
Wixom, MI 48393


Essentra
62919 Collection Center Drive
Chicago, IL 60693-0629


FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461


Flodraulic Group, Inc.
4583 Solutions Center
Chicago, IL 60677-4005


Flotronics
10435 Ortonville Rd.
Clarkston, MI 48346-1947


Geisler
30295 Schoolcraft
Livonia, MI 48150


Gexpro
P.O. Box 100275
Atlanta, GA 30384


Grainger
23880 Haggerty Road
Farmington Hills, MI 48335


Great America Leasing Corporation
625 First Street SE
Cedar Rapids, IA 52401

GS Inspection Consultants, Inc.
2080 NOrth Talbot Road, Unit B
Windsor, Ontario N9A 6J3


H.H. Barnum Company
7915 Lochlin Drive
Brighton, MI 48116


Hitachi Capital America Corp.
800 W. University
Rochester, MI 48307


Holt Design Services LLC
41609 Greenwood Drive
Canton, MI 48187


Hutchinson, Warren & Associates
122 South Rawles Street, Ste. 200
Romeo, MI 48065-5606


IFM Efector, Inc.
782 Springdale Dr.
Exton, PA 19341


Internal Revenue Sevice
SBSE/Insolvency Unit
P.O. Box 330500-Stop 15
Detroit, MI 48232


Isotech Inc.
777 Schwab Rd., Ste. T
Hatfield, PA 19440


J F Industrial Services, LLC
14228 Frazho Rd.
Warren, MI 48089


Joseph Tranchida
3515 Morrow Lane
Milford, MI 48381


Kellerin Equipment Sales
P.O. Box 530487
Livonia, MI 48153

Kundinger Controls
1771 Harmon Rd.
Auburn Hills, MI 48326


Landstar Supply Chain Solutions
300 Galleria Officentre, Ste. 301
Southfield, MI 48034


LBF Group, PLLC
6960 Orchard Lake Road, #120
West Bloomfield, MI 48322


Madison Electric Co.
31855 Van Dyke
Warren, MI 48093


Masterline Design
41580 Production Drive
Harrison Township, MI 48045


McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690


McNaughton-McKay
Dept. 14801
P.O. Box 87000
Detroit, MI 48267-0148


MCS Engravers
6625 Auburn Road
Utica, MI 48317


Micco
25831 Commerce Drive
Madison Heights, MI 48071


Morrell, Inc.
3333 Bald Mountain Rd.
Auburn Hills, MI 48326


Motion Industries
P.O. Box 504606
Saint Louis, MO 63150

Motor City Fasteners
P.O. Box 219
1600 E. Ten Mile Rd.
Hazel Park, MI 48030-0219


MS Supply
47912 West Road
Wixom, MI 48393


Mt. Clemens Crane
42827 Irwin Drive
Harrison Township, MI 48045


Muller, Muller, Richmond, Harms & Myers
33233 Woodward
Box 3026
Birmingham, MI 48012-3026


Napad Gudel, Inc.
4881 Runway Blvd.
Ann Arbor, MI 48108


Novi Laser, Inc.
48129 West Road
Wixom, MI 48393


O & S Tool
50400 Dennis Ct., Ste. B
Wixom, MI 48393


Omni Metalcraft Corp.
4040 US 23
Alpena, MI 49707


Pahoa Express
38151 Groesbeck Hwy.
Clinton Township, MI 48036


Patti Engineering
2110 East Walton Blvd., Suite A
Auburn Hills, MI 48326


PIAB USA, Inc.
65 Sharp Street
Hingham, MA 02043

PPG Architectural Finishes
P.O. Box 536864
Atlanta, GA 30353-6864


Ritter Technology, LLC
3044 Research Drive
Rochester, MI 48309


Rizzo Creative  Services
2774 1Osmun St.
Madison Heights, MI 48071


ROC Engineering, Inc.
P.O. Box 930746
Wixom, MI 48393


Ronald B. Rich & Associates, PLC
30665 Northwestern Hwy., Ste. 280
Farmington Hills, MI 48334


Sabic
190 Ajax Dr.
Madison Heights, MI 48071


Schuler, Inc.
7145 Commerce Blvd.
Canton, MI 48187


Seyburn Kahn, PC
2000 Town Center, Ste. 1500
Southfield, MI 48075


Speedy Metals
2505 S 162nd St.
New Berlin, WI 53151


Spiritech
14510 E 11 Mile Rd.
Warren, MI 48089


St. Claire, Inc.
37440 Hills Tech Drive
Farmington, MI 48331

State of Michigan
Dept. of Energy Labor & Economic Growth
Unemployment Insurance Agency Tax Office
3024 W Grand Blvd., 12th Floor
Detroit, MI 48202


Stegner Controls
3333 Bald Mountain Rd.
Auburn Hills, MI 48326


Sterling Commercial Credit
c/o Allen Electric Supply Co
10559 Citation Drive, Suite 204
Brighton, MI 48116


Suburban Bolt
27670 Groesbeck Hwy.
Roseville, MI 48066


TATA Technologies
Attn: Tracy Stortz
41050 W. Eleven Mile Rd.
Novi, MI 48375


Taz Networks
4763 S. Old US Highway 23
Ste. A
Brighton, MI 48114-8685


The Barton Group
Barton Foster
8854 Roslyn
Livonia, MI 48150


Three Star Adjustment Company
P.O. Box 16488
Rocky River, OH 44116-0488


Toshiba Financial Services
P.O. Box 642111
Pittsburgh, PA 15264-2111


Tri-Way Control Systems, Inc,
6935 Chase
Dearborn, MI 48126

U.S. Servico, Inc.
P.O. Box 930071
Wixom, MI 48393


Uline
P.O. Box 88741
Chicago, IL 60680


Unistrut
1275 Hillsmith Drive
Cincinnati, OH 45215


US Dept. of Justice
Attn: Kevin Erskine, Esq.
211 W. Fort St., Ste. 2001
Detroit, MI 48226-3220


USF Holland
27052 Network Place
Chicago, IL 60673-1270


WC Ducomb Co.
5700 Mt Elliott
Detroit, MI 48211


Wellington Alloys, LLC
PO Box 250298
Franklin, MI 48025


Wesley Nick
35219 Bobcean Street
Clinton Township, MI 48035


Westside Flame Hardening
38200 Executive Dr., North
Westland, MI 48185


Westside Manufacturing & Fabrication Inc
28776 Wall Street
Wixom, MI 48393-3516


Wyka Properties, L.L.C.
Attn: Jesse Wyka, Manager
23208 Mystic Forest Drive
Novi, MI 48375

XPO NLM
300 Galleria Officentre, Suite 301
Southfield, MI 48034


Your Way Property Services
2955 Childs Lake Road
Milford, MI 48381


Zellen & Zellen, PLLC
Attn: James B. Zellen, Esq.
1637 W. Big Beaver, Ste. F
Troy, MI 48084